# WRITTEN CONSENT OF THE MEMBERS OF

## S3 GROUP, LLC

### (a California limited liability company)

The undersigned members (collectively, the "Member") of S3 GROUP, LLC, a California limited liability company (the "Company"), hereby adopt the following resolutions by written consent, effective as of May 20, 2025.

**WHEREAS**, the Member has reviewed and considered the materials presented by and the recommendations of both the management of the Company and the Company's financial and legal advisors regarding the Company's liabilities and liquidity situation; and

**WHEREAS**, the Member has consulted with the Company's management and financial and legal advisors and has considered fully each of the strategic alternatives available to the Company; and

**WHEREAS**, the Member has received information and recommendations from, asked questions of, and consulted with the Company's management and financial and legal advisors, including in connection with the consideration of the strategic alternatives available to the Company; and

**WHEREAS**, in the Member's judgment, based upon the foregoing, it is desirable and in the best interest of the Company, the Company's creditors, members, and other interested parties that the Company files a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that any of Lakhvir Singh Sran, Sukhjivan Singh Sran, and Savdeep Singh Sran (each, a "Manager") is hereby authorized and directed, in the name and on behalf of the Company, to execute and verify a voluntary petition to commence a proceeding for the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in any district at such time and venue as the Manager executing such petition shall determine;

**RESOLVED, FURTHER**, that each of the Managers is hereby authorized and directed, in the name and on behalf of the Company, to employ the law firm of Keller Benvenutti Kim LLP as general bankruptcy counsel to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the Company's rights and obligations, and other matters consistent therewith, including filing any pleadings; and in connection therewith, each of the Managers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of Keller Benvenutti Kim LLP;

**RESOLVED, FURTHER**, that each of the Managers is hereby authorized and directed, in the name and on behalf of the Company, to employ Pivot Management Group, LLC as

financial advisors to advise and assist the Company in carrying out its respective duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the Company's rights and obligations, and other matters consistent therewith; and in connection therewith, each of the Managers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of Pivot Management Group, LLC;

**RESOLVED, FURTHER**, that each of the Managers is hereby authorized and directed, in the name and on behalf of the Company, to employ any other professionals, including but not limited to a claims and noticing agent, to assist the Company in carrying out its duties under the Bankruptcy Code and related matters; and in connection therewith, each of the Managers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

**RESOLVED FURTHER**, that each of the Managers is hereby authorized and directed, in the name and on behalf of the Company, to execute all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents, and to take any and all such other and further actions which such Manager or the Company's legal counsel may deem necessary, proper, or desirable in connection with the case under chapter 11 of the Bankruptcy Code and other matters consistent therewith, with a view to the successful prosecution of such case;

**RESOLVED FURTHER**, that each of the Managers is hereby authorized and directed, in the name and on behalf of the Company, to take such actions and to make, sign, execute, acknowledge, and deliver any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

**RESOLVED FURTHER**, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by a Manager on behalf of the Company, such actions are hereby ratified and confirmed in their entirety.

**RESOLVED FURTHER**, that any executed copy of these authorizing resolutions that is delivered by a facsimile transmission, in PDF format by electronic mail, or by DocuSign, Adobe Acrobat Sign, or other commercially available digital signature software, shall be deemed as effective as a written consent with an original signature for all purposes.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned, having caused this written consent to be executed and to be effective as of the date first written above.

Members:

By: _____

Lakhvir Singh Sran, as to his sole
and separate property

By: _____

Sukhjivan Singh Sran, as to his sole
and separate property

By: _____

Savdeep Singh Sran, as to his sole
and separate property