**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                                                        Case No.:

      S3 Group, LLC

_____ Debtor(s)_____/

## **CREDITOR MATRIX COVER SHEET**

     I declare that the attached Creditor Mailing Matrix, consisting of __32__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: May 20, 2025

                        _/s/ Jane Kim_____
                        Signature of Debtor's Attorney or Pro Per Debtor

2001 © American LegalNet, Inc.

3H AG SERVICES INC.

14262 ROAD 23 1/2

MADERA, CA 93637


A & S PUMP SERVICE

13301 LAMBUTH ROAD

OAKDALE, CA 95361


A-Bar AG Enterprises

27480 S Bennett Rd

Firebaugh, CA 93622


ADVANCED GROWTH & PROTECTION 4 FORMULA

7000 SETTER CT.

BAKERSFIELD, CA 93309


ADVANCED INTEGRATED PEST MGMT. CORP.

1482 STONE POINT DRIVE

ROSEVILLE, CA 95661

AG WEST DISTRIBUTING

2560 S. SARAH AVE

FRESNO, CA 93706


AgAmerica Lending

PO BOX 850001

ORLANDO, FL 32885


Agri Financial Services

2209 River Rd

Louisville, KY 40206


Ally

P.O. Box 380901

Bloomington, MN 55438


AMERICAN AVENUE KERMAN CA, LP

c/o GLADSTONE LAND CORP-MATT JANDREAU

MCLEAN, VA 22102

American Express

P O BOX 96001

LOS ANGELES, CA 0


AMERICAN REFUSE INC.

1316 J STREET

WASCO, CA 93280


American Riviera Bank

1601 SPRING STREET

PASO ROBLES, CA 93446


APOLLO AG TECHNOLOGIES

7600 QUATTRO DR

CHANHASSEN, MN 55317


AVIDWATER (20-NSFA100)

PO BOX 11881

FRESNO, CA 93775

AVIDWATER (20-S3GR100)

PO BOX 11881

FRESNO, CA 93775


BAKER MANOCK & JENSON

5260 N. PALM AVE

FRESNO, CA 93704


BAKHTAWER S AND SHAVINDER K SRAN

1532 N. SISKIYOU AVE

Kerman, CA 93630


Bank of America

PO BOX 15220

WILMINGTON, DE 0


Bank of the Sierra

613 S MAIN ST

TEMPLETON, CA 93465

BEEHERO INC.

4225 S HIGHLAND AVE

DEL REY, CA 93616

BENART HOMES

1745 W SHAW STE 104

FRESNO, CA 0

BMW Financial Services

P.O. BOX 78103

PHOENIX, AZ 0

Bret Hansen 2012 Irrevocable Trust

5132 N PALM AVE 387

FRESNO, CA 93704

BUTTONWILLOW WAREHOUSE COMPANY (CONV)

PO BOX 744634

LOS ANGELES, CA 0

BUTTONWILLOW WAREHOUSE COMPANY (ORG)

PO BOX 744634

LOS ANGELES, CA 0


Capital One Card Services

PO BOX 60507

CITY OF INDUSTRY, CA 0


CENTRAL AVE KERMAN, LP

1521 WESTBRANCH DRIVE SUITE 100

MCLEAN, VA 22101


CENTRAL CALIFORNIA IRRIGATION DISTRICT

1335 WEST I STREET

LOS BANOS, CA 93635


Chase Card Services

PO BOX 94014

PALATINE, IL 0

Chelsea Downs Homeowners Association

P.O BOX 98353

LAS VEGAS, NV 0

Chevron and Texaco Business Cards

P.O. BOX 70887

CHARLOTTE, NC 0

Chicago Title

7330 N. PALM AVE SUITE 101

FRESNO, CA 93711

CITY OF SAN JOAQUIN

21900 COLORADO

SAN JOAQUIN, CA 93660

CNH CAPTIAL

PO BOX 5787

CAROL STREAM, IL 60197

Conterra Agricultural Capital, LLC

5465 Mills Civic Parkway

West Des Moines,, IA 50266

COUNTY OF FRESNO

ATTN: THOMAS KOBAYASHI

FRESNO, CA 93721

COUNTY OF FRESNO TREASURER

DEPARTMENT OF AGRICULTURE

FRESNO, CA 93702

Cox Pool Service & Repair

2995 Phillip Ave #102

CLOVIS, CA 93612

CROWN SERVICES CO.

P O BOX 11921

FRESNO, CA 93775

CROWN SERVICES CO. (S3G)

P O BOX 11921

FRESNO, CA 93775

D & D AGRICULTURAL LABORATORY INC

5750 E. SHIELDS AVE STE 104

FRESNO, CA 93727

DDT FARMING SERVICES, INC

PO BOX 698

FIREBAUGH, CA 93622

DEMERA DEMERA CAMERON LLP

5080 N FRUIT AVE

FRESNO, CA 93711

Di5MOND HARVESTERS

PO BOX 97

FIVE PIONTS, CA 93624

DILL'S AUTO SUPPLY

2695 S. CHERRY AVE ST#103

FRESNO, CA 937106


DMV - 942897

PO BOX 942897

SACRAMENTO, CA 0


DUARTE TREES & VINES

1555 BALDWIN ROAD

HUGHSON, CA 95326


ETCHEGOINBERRY FAMILY LP

4819 N. SAN DIEGO AVE

FIREBAUGH, CA 93622


EWING IRRIGATION PRODUCTS INC.

P O BOX 208728

DALLAS, TX 0

FARM CREDIT WEST

PO BOX 1449

TEMPLETON, CA 93465

Farmer Mac

9169 Northpark Dr. Johnston

JOHNSTON, IA 50131

FARMITRX, INC.

3683 W. ASHCROFT AVE.

FRESNO, CA 93722

Ford Credit

PO BOX 552679

DETROIT, MI 0

FRASIER IRRIGATION INC

PO BOX 395

DOS PALOS, CA 93620

FRESNO COUNTY ASSESSOR RECORDER

2506 W ELLOY AVE

FRESNO, CA 93711


FRESNO COUNTY DEPARTMENT OF AGRICULTURE

1730 S. MAPLE AVE

FRESNO, CA 93702


FRESNO COUNTY TAX COLLECTOR

PO BOX 1192

FRESNO, CA 0


FTB (State)

PO Box 942857

SACRAMENTO, CA 94257


GARTON TRACTOR INC.

P O BOX 31001-3026

PASADENA, CA 0

GILTON SOLID WASTE MANAGEMENT INC.

P O BOX 67

CARUTHERS, CA 93609

GM Financial

3801 S COLLINS ST

ARLINGTON, TX 76014

GN AG LLC

7522 N Colonial

Fresno, CA 93711

HCL MACHINE WORKS (S3 GROUP)

15142 MERRIL AVE

DOS PALOS, CA 93620

HOLLAND HULLING COMPANY, INC.

PO BOX 99

KERMAN, CA 93630

Hunington

11100 Wayzata Boulvard, suite 700

Minnetonka, MN 55305


IPFS Corporation of California

PO BOX 100391

PASADENA, CA 0


IRS (Federal)

INTERNAL REVENUE SERVICE

OGDEN, UT 94201


JAYNE AVENUE HURON, LP

ATTN:REBECCA MAO

MC LEAN, VA 22102


JEFF JORGENSEN CPAg, INC.

3214 W ELLERY AVE

FRESNO, CA 93711

JIMMY SULLIVAN & RHONDA SOARES SULLIVAN

16328 DAVIDSON AVE

DOS PALOS, CA 93620

KAMPRATH SEEDS

FILE 25356

LOS ANGELES, CA 0

KAN VENTURES, INC.

735 WEST ALLUVIAL AVENUE STE 103

FRESNO, CA 93711

Kaweah Equipment

PO BOX 4227

VISALIA, CA 93278

KERN COUNTY DEPARTMENT OF AGRICULTURE AND MEASUREMENT STANDARDS

1001 SOUTH MOUNT VERNON AVE

BAKERSFIELD, CA 93307

KINGS RIVER WATER QUALITY COALITION

PO BOX 8259

FRESNO, CA 93747

LAGUNA IRRIGATION DISTRICT

5065 19 1/2 AVENUE

RIVERDALE, CA 93656

Lakhvir Singh Sran

8045 N. Rivers Edge Road

Fresno, CA 93711

Land Rover Financial

PO Box 78069

PHOENIX, AZ 85062

LANDMARK IRRIGATION

20550 GOLDEN STATE BLVD

MADERA, CA 93637

Lost Hills Utility

P O BOX 246

LOST HILLS, CA 93249

LOST HILLS UTILITY DISTRICT

P O BOX 246

LOST HILLS, CA 93249

MAC'S EQUIPMENT INC.

3690 S. MADERA AVE

KERMAN, CA 93630

MADERA COUNTY TAX COLLECTOR

200 W. 4TH STREET

MADERA, CA 93637

MANUELS TIRE SERVICE INC.

843 N STREET

FIREBAUGH, CA 93622

MARCEL & CHRISTINE ELICAGARAY TRUST

341 QUINTARA STREET

SAN FRANCISCO, CA 94116


McCormick Barstow LLP

PO BOX 28912

FRESNO, CA 0


MERCED COUNTY AGRICULTURAL COMMISSIONER'S OFFICE

2139 WARDROBE AVE

MERCED, CA 95341


MERCED COUNTY TAX COLLECTOR

2222 M STREET

MERCED, CA 0


Mercedes Benz Financial Services

PO BOX 5209

CAROL STREAM, IL 0

MICHAEL ETCHEGOINBERRY

4324 ACCESS RD

JONESBORO, AR 72401

Mid Valley Disposal, Inc.

PO BOX 12227

FRESNO, CA 93777

Mid Valley Financial

7644 N PALM

FRESNO, CA 93711

MID VALLEY PACKAGING

PO BOX 96

FOWLER, CA 93625

MIDLAND TRACTOR, INC.

P.O. BOX 1227

MADERA, CA 93639

MID-WAY PUMP, LLC

PO BOX 278

KERMAN, CA 93630


MOSS ADAMS

255 E RIVER PARK CIRCLE

FRESNO, CA 93720


MOTION INDUSTRIES INC

FILE 57463

LOS ANGELES, CA 90074


NAPA WEST, INC.

PO BOX 427

FIVE POINTS, CA 93624


NATIONWIDE LIFE INSURANCE COMPANY

PO BOX 182150

COLUMBUS, OH 0

Nau Country Insurance Company

P.O BOX 734297

CHICAGO, IL 0


NEW ADVENTURE NURSERY INC

P.O BOX 581

WASCO, CA 93280


NICOLAS ALDACOURROU

2079 21ST AVE

SAN FRANCISCO, CA 94116


Northland Capital Financial Services

333 33RD AVE SOUTH

ST. CLOUD, MN 56301


NS Farms

1758 N SISKIYOU AVE

KERMAN, CA 93630

NUTRIEN AG SOLUTIONS DELANO, INC (1914265)

930 WOOLLOMES RD.

DELANO, CA 93215

NUTRIEN AG SOLUTIONS MADERA, INC (1422873)

24778 AVE 13

MADERA, CA 93637

OCTAVIO GARCIA

4910 E MADISON AVE.

FRESNO, CA 93727

PACHECO WATER DISTRICT

P O BOX 2657

LOS BANOS, CA 93635

PACIFIC ORCHARD DEVELOPMENT, INC.

2370 W. CLEVELAND AVE STE. 108 #228

MADERA, CA 93637

PANOCHE DRAINAGE DISTRICT
52027 W ALTHEA AVE.
FIREBAUGH, CA 93622


Patricia Rodriguez
4172 N CORNELIA AVE
FRESNO, CA 93722


PEBET FAMILY TRUST
1342 DESOTO AVE
BURLINGAME, CA 94010


PERFORMANCE GRADING INC.
6582 W. SHIELDS
FRESNO, CA 93723


PG & E
PO BOX 997300
SACRAMENTO, CA 0

POSO CANAL COMPANY

1335 WEST I STREET

LOS BANOS, CA 93635


PRECISION AG SOLUTIONS, INC.

18408 INDIANA AVE

DOS PALOS, CA 93620


Primex International

5777 W. CENTURY BLVD. STE. 1485

LOS ANGELES, CA 90045


PROJECT APIS M

DEPT 0561

CAROL STREAM, IL 0


PROVOST & PRITCHARD CONSULTING GROUP (CLOVIS)

455 W. FIR AVE.

CLOVIS, CA 93611

PRUBJOT FARMS

P.O. BOX 105

KERMAN, CALIFORNIA 93630


QUALL CARDOT LLP

205 E RIVER PARK CIRCLE SUITE 110

FRESNO, CA 93720


Rain and Hail

P. O. BOX 10496

Des Moines, IA 0


RAIN FOR RENT INC

FILE 52541

LOS ANGELES, CA 0


RE SOLUTIONS

16055 W MALLORI AVE

KERMAN, CA 93630

Rolling Hills Plastics

P.O. BOX 101589

PASADENA, CA 0


ROOTED ASSET MANAGEMENT

PO BOX 9865

FRESNO, CA 0


Ryan, Christie, Quinn Et Al

SANTA MARIA BUILDING

FRESNO, CA 93720


SAN JOAQUIN VALLEY AIR POLLUTION CONTROL DISTRICT

1990 EAST GETTYSBURG AVE

FRESNO, CA 93726


SAN LUIS WATER DISTRICT

1015 SIXTH STREET

LOS BANOS, CALIFORNIA 93635

Sebastian CDFA

811 S MADERA AVE

KERMAN, CA 93630


Southern California Edison

PO BOX 300

ROSEMEAD, CA 91772


SRAN AG II INC

PO BOX 410

KERMAN, CA 93630


STREAMLINE SYSTEMS LLC.

306-N WEST EL NORTE PKWY #91

ESCONDIDO, CA 92026


STYLE-LINE CONSTRUCTION INC

1817 N. HELM AVE, SUITE 106

FRESNO, CA 93727

SUBURBAN PROPANE-1617

PO BOX 12027

FRESNO, CA 93776-2027

SUBURBAN PROPANE-1628

PO BOX 12027

FRESNO, CA 93776-2027

Susan Sran

3612 E. KINGS COURT

CLOVIS, CA 93619

TERRI L. & MICHAEL J. DURHAM

12383 FLINT AVE

HANFORD, CA 93230

THE NURSERY CO.

2900 AIRPORT DR.

MADERA, CA 93637

TORIGIANI FARMS

P.O. BOX 846

BUTTONWILLOW, CA 93206


TURLOCK IRRIGATION DISTRICT

PO BOX 819007

TURLOCK, CA 0


Umpqua Bank

PO BOX 1580

ROSEBURG, OR 97470


Unwired Broad-Band Inc.

215 W FALLBROOK AVE, STE. 203

FRESNO, CA 93711


VALLEY ACID, INC.

PO BOX 185

STRATFORD, CA 93266

Valley Pride Ag, Inc.

7522 N COLONIAL AVE, SUITE 101

FRESNO, CA 93711


VALLEY PROPANE, INC- S3 GROUP

P.O BOX 125

MENDOTA, CA 93640


VAN DE POL (0004151)

PO BOX 1107

STOCKTON, CA 0


VERDEGAAL BROTHERS, INC.

13555 S. 11TH AVE.

HANFORD, CA 93230


WATER MADE RIGHT INC - NS

2988 S KINGS COURT LANE

WASHINGTON, UT 84780

WEST HILLS FARM SERVICES, INC
6425 N PALM SUITE 104
FRESNO, CA 93704


Western Solid Waste
PO BOX 254
FRIANT, CA 93626


WESTLANDS WATER DISTRICT-NS
286 W. Cromwell Ave.
FRESNO, CA 93711


WESTSIDE AG II INC.
1758 N Siskiyou
KERMAN, CA 93630


Westside Ag Inc.
1750 N. SISKIYOU AVE.
Kerman, CA 93630

Whitney Thompson & JeffCoach

970 W ALLUVIAL AVE

FRESNO, CA 93711


WILD , CARTER & TIPTON (S1564-001)

246 WEST SHAW AVE

FRESNO, CA 93704


WILD,CARTER & TIPTON (S1564-003)

246 WEST SHAW AVE.

FRESNO, CA 93704


WINDECKER, INC.

P.O.BOX 271

LOS BANOS, CA 93635


Rosedale Farms

25 East Weatogue Street

Simsbury, CT 06070