**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
TRACI L. SHAFROTH (Cal. Bar No. 251673)
(tshafroth@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Attorneys for Debtor and
Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>S3 GROUP, LLC,[1]<br><br>Debtor. | Case No. __-_____ ( )<br><br>Chapter 11<br><br>**CORPORATE OWNERSHIP STATEMENT** |

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, S3 Group, LLC ("S3 Group"), which is the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), states that Lakhvir Singh Sran, Sukhjivan Singh Sran, and Savdeep Singh Sran each owns 33 1/3% of its equity interests. No publicly held corporation owns 10% or more of the equity interests of S3 Group.

---

[1] The last four digits of the Debtor's tax identification number 8605. The address for service on the Debtor is P.O. Box 401, Kerman, CA 93630.