UNITED STATES BANKRUPTCY COURT
Northern District of California
San Jose Division

In re: S3 Group, LLC,

Bankruptcy No.: 25-50765 MEH
R.S. No.: 1
Hearing Date: June 2, 2025
Time: 11:00 a.m.

Debtor.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 05/20/2025  Chapter: 11
    Prior hearings on this obligation: None  Last Day to File §523/§727 Complaints: n/a

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor  [ ] or lessor [ ]
   Fair market value:     $_____    Source of value:
   Contract Balance:      $_____    Pre-Petition Default:    $
   Monthly Payment:       $_____    No. of months:
   Insurance Advance:     $_____    Post-Petition Default:   $_____
                                               No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
   18651 Elgin Ave, Lemoore, California 93245, APN: 004-100-022, in Kings County; and
   25174 McCombs Rd, Wasco, California 93280, APN: 059-160-44, in Kern County

   Fair market value: n/a      Source of value: n/a date: n/a

   Moving Party's position (first trust deed, second, abstract, etc.):  n/a

   Approx. Bal. Over n/a                Pre-Petition Default:    n/a
   As of (date): n/a                    No. of months: n/a
   Mo. payment:    n/a                  Post-Petition Default:   n/a
   Notice of Default (date):   n/a      No. of months: n/a
   Notice of Trustee's Sale:   n/a      Advances Senior Liens:   n/a

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: MHC Almonds, LLC | n/a | | |

(D) Other pertinent information: Movant seeks relief under § 362(d)(1) for "cause" and retroactive annulment to record trustees' deeds upon sale to two parcels of real property upon which Movant foreclosed prior to the petition date. Alternatively, Movant seeks confirmation that the stay does not apply to the act of recording such trustees' deeds.

Dated:  June 1, 2025

/s/ *Michael J. Gomez*
Signature
Attorney for MHC ALMONDS, LLC

# CERTIFICATE OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On June 1, 2025, I served a true copy of the foregoing RELIEF FROM STAY COVER SHEET, as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 1, 2025, at Long Beach, California.

*/s/ David T. Moore*
David T. Moore