Michael J. Gomez (State Bar No. 251571)
mgomez@frandzel.com
Reina Jean Clark (State Bar No. 300011)
rclark@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor,
MHC ALMONDS, LLC, a Delaware limited
liability company

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>S3 GROUP, LLC,<br><br>Debtor. | Case No. 25-50765<br><br>Chapter 11<br><br>R.S. No. 1<br><br>**DECLARATION OF MICHAEL J. GOMEZ RE: TELEPHONIC NOTICE IN SUPPORT OF MOTION TO CONFIRM THAT THE AUTOMATIC STAY DOES NOT APPLY PURSUANT TO 11 U.S.C. § 362(b)(3), OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY AND ANNULMENT OF THE STAY PURSUANT TO 11 U.S.C. § 362(d)(1)**<br><br>Date: June 2, 2025<br>Time: 11:00 a.m.<br>Ctrm: 11 |

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

I, Michael J. Gomez, hereby declare:

1. I am an attorney licensed to practice law in all courts of the State of California. I am associated with the law firm of Frandzel Robins Bloom & Csato, L.C., and I am counsel for Creditor, MHC Almonds, LLC, a Delaware limited liability company ("MHC"). I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto, except where stated upon information and belief.

2. On May 30, 2025, the Court issued its Order Shortening Time (Dkt. 28) ("OST"). The Order directs MHC to provide its motion by email or facsimile on all interested parties. My office endeavored to send the motion via email on the 20 largest unsecured creditors (Dkt. 4) (please see concurrently filed Certificate of Service by Email), but not all those listed there are given with an email address. Further, none are set forth with a facsimile. So, I am informed and believe, my office mailed by overnight delivery the motion to the 20 largest unsecured creditors (please see concurrently filed Certificate of Service by Overnight Delivery), and I endeavored to give them telephonic notice as well. I could not give telephonic notice to those for whom a telephone number was not provided (e.g., creditor listed at lines 5, 14, and 18). For the others, I either left a voicemail message (e.g., creditor listed at lines 2, 6, 7, 10-13, 15-17, and 19-20) or I gave the message to an individual over the phone (e.g., creditor listed at lines 3, 4, 8, and 9), letting them know the case name, case number, court location, the date and time of the hearing, and the subject of the motion. I did not reach the creditor listed at line 1 as they did not pick up their phone and their voicemail was full. I went down the list starting at about 4:25 p.m. and hung up on the creditor listed at line 13 at about 5:01 p.m., with rest being given notice after 5:00 p.m.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on May 30, 2025 at Fresno, California.

_____
Michael J. Gomez

# CERTIFICATE OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On June 1, 2025, I served a true copy of the DECLARATION OF MICHAEL J. GOMEZ RE: TELEPHONIC NOTICE IN SUPPORT OF MOTION TO CONFIRM THAT THE AUTOMATIC STAY DOES NOT APPLY PURSUANT TO 11 U.S.C. § 362(b)(3), OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY AND ANNULMENT OF THE STAY PURSUANT TO 11 U.S.C. § 362(d)(1), as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 1, 2025, at Long Beach, California.

                               /s/ David T. Moore
                               David T. Moore

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000