| | |
|---|---|
| Michael J. Gomez (State Bar No. 251571)<br>mgomez@frandzel.com<br>Reina Jean Clark (State Bar No. 300011)<br>rclark@frandzel.com<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, California 90017-2427<br>Telephone: (323) 852-1000<br>Facsimile: (323) 651-2577<br><br>Attorneys for Secured Creditor,<br>MHC ALMONDS, LLC, a Delaware limited<br>liability company | |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>    S3 GROUP, LLC,<br><br>        Debtor. | Case No. 25-50765<br><br>Chapter 11<br><br>R.S. No. 1<br><br>**CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY OF:**<br><br>**(1) MOTION TO CONFIRM THAT THE AUTOMATIC STAY DOES NOT APPLY PURSUANT TO 11 U.S.C. § 362(b)(3), OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY AND ANNULMENT OF THE STAY PURSUANT TO 11 U.S.C. § 362(d)(1); and**<br><br>**(2) ORDER SHORTENING TIME**<br><br>Date:  June 2, 2025<br>Time:  11:00 a.m.<br>Ctrm:  11 |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On May 30, 2025, I served true copies of the following documents:

- MOTION TO CONFIRM THAT THE AUTOMATIC STAY DOES NOT APPLY PURSUANT TO 11 U.S.C. § 362(b)(3), OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY AND ANNULMENT OF THE STAY PURSUANT TO 11 U.S.C. § 362(d)(1); and

- ORDER SHORTENING TIME

to the parties on the attached service list.

**BY FEDEX:** I deposited such documents in a box or other facility regularly maintained by FedEx, or delivered such documents to a courier or driver authorized by FedEx to receive documents, in an envelope or package designated by FedEx with delivery fees paid or provided for, addressed to the persons served hereunder.

**BY EXPRESS/PRIORITY MAIL:** I deposited such documents in a box or other facility regularly maintained by the United States Postal Service or delivered such documents to a courier or driver authorized by the United States Postal Service to receive documents, in an envelope or package designated by with delivery fees paid or provided for, addressed to the persons served hereunder. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 30, 2025, at Los Angeles, California.

/s/ Barbara Wilson
Barbara Wilson

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | *By Overnight Mail via FedEx* |

| | |
|---|---|
| *Debtor* | *Attorney for Debtor* |
| S3 Group, LLC | Tobias S. Keller |
| P.O. Box 401 | Keller Benvenutti Kim LLP |
| Kerman, CA 93630 | 425 Market Street, 26th Floor |
| | San Francisco, CA 94105 |
| | |
| *Attorney for Debtor* | *Attorney for Debtor* |
| Jane Kim | Traci L Shafroth |
| Keller Benvenutti Kim LLP | Keller Benvenutti Kim LLP |
| 425 Market St., 26th Fl. | 425 Market Street |
| San Francisco, CA 94105 | Ste 26th Floor |
| | San Francisco, CA 94105 |
| | |
| *U.S. Trustee* | *Attorney for U.S. Trustee* |
| U.S. Trustee | Jared A. Day |
| Office of the U.S. Trustee / SJ | Office of the U.S. Trustee |
| U.S. Federal Bldg. | 300 Booth St. #3009 |
| 280 S 1st St. #268 | Reno, NV 89509 |
| San Jose, CA 95113-3004 | |

*20 Largest Unsecured Creditors (By Overnight Mail via FedEx)*

| | |
|---|---|
| 3H AG Services Inc. | Advanced Growth & Protection 4 Formula |
| 14262 Road 23 1/2 | 7000 Setter Ct. |
| Madera, CA 93637 | Bakersfield, CA 93309 |
| | |
| Apollo Ag Technologies | Beehero Inc. |
| 7600 Quattro Dr | 4225 S Highland Ave |
| Chanhassen, MN 55317 | Del Rey, CA 93616 |
| | |
| County of Fresno | Farmitrx, Inc. |
| Attn: Thomas Kobayashi | 3683 W. Ashcroft Ave. |
| 2220 Tulare St., 6th Fl | Fresno, CA 93722 |
| Fresno, CA 93721 | |
| | |
| Jayne Avenue Huron, LP | Madera County Tax Collector |
| Attn: Rebecca Mao | 200 W. 4th Street |
| 1521 Westbranch Dr., Suite 100 | Madera, CA 93637 |
| Mc Lean, VA 22102 | |
| | |
| Marcel & Christine Elicagaray Trust | Merced County Tax Collector |
| 341 Quintara Street | 2222 M Street |
| San Francisco, CA 94116 | Merced, CA 95340 |
| | |
| Pebet Family Trust | Performance Grading Inc. |
| 1342 Desoto Ave | 6582 W. Shields |
| Burlingame, CA 94010 | Fresno, CA 93723 |

CERTIFICATE OF SERVICE

3

| | |
|---|---|
| Streamline Systems LLC.<br>306-N West El Norte Pkwy #91<br>Escondido, CA 92026 | Central Ave Kerman, LP<br>1521 Westbranch Drive<br>Suite 100<br>McLean, VA 22101 |

*20 Largest Unsecured Creditors (By Overnight Mail via Express/Priority Mail)*

| | |
|---|---|
| Buttonwillow Warehouse Company (Conv)<br>P.O Box 744634<br>Los Angeles, CA 93206 | Buttonwillow Warehouse Company (Org)<br>Po Box 744634<br>Los Angeles, CA 93206 |
| Fresno County Tax Collector<br>P.O. Box 1192<br>Fresno, CA 93715 | Prubjot Farms<br>P.O. Box 105<br>Kerman, CA 93630 |
| PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | |

# CERTIFICATE OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On June 1, 2025, I served a true copy of the foregoing CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY OF: (1) MOTION TO CONFIRM THAT THE AUTOMATIC STAY DOES NOT APPLY PURSUANT TO 11 U.S.C. § 362(b)(3), OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY AND ANNULMENT OF THE STAY PURSUANT TO 11 U.S.C. § 362(d)(1); and (2) ORDER SHORTENING TIME, as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 1, 2025, at Long Beach, California.

　　　　　　　　　　　　　　　　　　　　　 /s/ David T. Moore
　　　　　　　　　　　　　　　　　　　　　David T. Moore