Michael J. Gomez (State Bar No. 251571)
 mgomez@frandzel.com
Reina Jean Clark (State Bar No. 300011)
 rclark@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor,
MHC ALMONDS, LLC, a Delaware limited
liability company

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>S3 GROUP, LLC,<br><br>Debtor. | Case No. 25-50765<br><br>Chapter 11<br><br>R.S. No. 1<br><br>**CERTIFICATE OF SERVICE BY EMAIL OF:**<br><br>**(1) MOTION TO CONFIRM THAT THE AUTOMATIC STAY DOES NOT APPLY PURSUANT TO 11 U.S.C. § 362(b)(3), OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY AND ANNULMENT OF THE STAY PURSUANT TO 11 U.S.C. § 362(d)(1); and**<br><br>**(2) ORDER SHORTENING TIME**<br><br>Date:  June 2, 2025<br>Time: 11:00 a.m.<br>Ctrm: 11 |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# CERTIFICATE OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On May 30, 2025 at 4:45 p.m., I served true copies of the following documents:

- MOTION TO CONFIRM THAT THE AUTOMATIC STAY DOES NOT APPLY PURSUANT TO 11 U.S.C. § 362(b)(3), OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY AND ANNULMENT OF THE STAY PURSUANT TO 11 U.S.C. § 362(d)(1); and

- ORDER SHORTENING TIME

to the parties on the attached service list.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused said documents to be transmitted by electronic mail. This service may be based on a court order, Code of Civil Procedure 1010.6, or an agreement among the parties to accept service by email. The name(s) and e-mail addresses of the person(s) served are set forth in the attached service list. The document(s) were transmitted by electronic transmission and without error from the following email address: dmoore@frandzel.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 30, 2025, at Los Angeles, California.

*/s/ David T. Moore*
David T. Moore

| | |
|---|---|
| **SERVICE LIST** | |
| *By E-mail* | |
| *Attorney for Debtor* | *Attorney for Debtor* |
| Tobias S. Keller | Traci L Shafroth |
| Keller Benvenutti Kim LLP | Keller Benvenutti Kim LLP |
| 425 Market Street, 26th Floor | 425 Market Street |
| San Francisco, CA 94105 | Ste 26th Floor |
| E-mail: tkeller@kbkllp.com | San Francisco, CA 94105 |
| | E-mail: tshafroth@kbkllp.com |
| *U.S. Trustee* | *Attorney for U.S. Trustee* |
| U.S. Trustee | Jared A. Day |
| Office of the U.S. Trustee / SJ | Office of the U.S. Trustee |
| U.S. Federal Bldg. | 300 Booth St. #3009 |
| 280 S 1st St. #268 | Reno, NV 89509 |
| San Jose, CA 95113-3004 | E-mail: jared.a.day@usdoj.gov |
| E-mail: USTPRegion17.SJ.ECF@usdoj.gov | |
| *Attorneys for Umpqua Bank (Requesting Special Notice)* | *Attorneys for Holland Hulling Co. (Requesting Special Notice)* |
| Thomas M. Geher, Esq. and Robert B. Kaplan, Esq. | Hagop T. Bedoyan |
| Jeffer Mangels Butler & Mitchell | McCormick, Barstow, Sheppard, |
| LLP 1900 Avenue of the Stars, 7th Floor | Wayte & Caruth LLP |
| Los Angeles, CA 90067 | 7647 North Fresno Street |
| Email: tmg@jmbm.com; tmg@ecf.inforuptcy.com; rbk@jmbm.com | Fresno, CA 93720 |
| | E-mail: hagop.bedoyan@mccormickbarstow.com |

*20 Largest Unsecured Creditors (By E-Mail)*

| | |
|---|---|
| Buttonwillow Warehouse Company (Conv) | Buttonwillow Warehouse Company (Org) |
| P.O Box 744634 | P.O Box 744634 |
| Los Angeles, CA 93206 | Los Angeles, CA 93206 |
| E-mail: tvanderlei@techag.com | E-mail: tvanderlei@techag.com |
| Advanced Growth & Protection 4 Formula | Apollo Ag Technologies |
| 7000 Setter Ct. | 7600 Quattro Dr |
| Bakersfield, CA 93309 | Chanhassen, MN 55317 |
| E-mail: desousar@sbcglobal.net | E-mail: orderadmin@apollooagtech.com |
| Performance Grading Inc. | |
| 6582 W. Shields | |
| Fresno, CA 93723 | |
| E-mail: performancegradinginc@gmail.com | |

# CERTIFICATE OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On June 1, 2025, I served a true copy of the foregoing CERTIFICATE OF SERVICE BY EMAIL OF: (1) MOTION TO CONFIRM THAT THE AUTOMATIC STAY DOES NOT APPLY PURSUANT TO 11 U.S.C. § 362(b)(3), OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY AND ANNULMENT OF THE STAY PURSUANT TO 11 U.S.C. § 362(d)(1); and (2) ORDER SHORTENING TIME, as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 1, 2025, at Long Beach, California.

  /s/ David T. Moore
David T. Moore