**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
TRACI L. SHAFROTH (Cal. Bar No. 251673)
(tshafroth@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Attorneys for Debtor and
Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>KW LAND COMPANY, LLC,[1]<br><br>Debtor. | Case No. 25-50764 (MEH)<br><br>Chapter 11 |
| In re:<br><br>S3 GROUP, LLC,[2]<br><br>Debtor. | Case No. 25-50765 (MEH)<br><br>Chapter 11<br><br>**STATEMENT PURSUANT TO RULE 2016(b)** |

---

[1] The last four digits of KW Land Company, LLC's tax identification number 8751. The address for service on that Debtor is P.O. Box 2428, Paso Robles, CA 93447.

[2] The last four digits of the S3 Group, LLC's tax identification number 8605. The address for service on the Debtor is P.O. Box 401, Kerman, CA 93630.

The undersigned, pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, states that:

Keller Benvenutti Kim LLP ("KBK") is counsel for KW Land Company, LLC ("KW Land") and S3 Group, LLC ("S3 Group"), each of which is a debtor and debtor in possession (each, a "Debtor," and, collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

The compensation paid or agreed to be paid by the Debtors, within one year before the date of the filing of the petition, to the undersigned is:

a. For legal services rendered or to be rendered in contemplation of and in connection with this case .................................................................................... $0.00

b. Prior to the filing of this statement, KBK received a retainer of: ........ $500,000.00

c. The unpaid balance due and payable as of the petition date is .................. $0.00

d. The balance remaining in the attorney's trust account is .............. $500,000.00

KBK has advanced filing fees of $3,476.00 in the above-captioned Chapter 11 Cases.

The services rendered or to be rendered include the following:

a. advising the Debtors of their rights, powers, and duties as debtors and debtors in possession continuing to operate and manage their business and affairs under chapter 11 of the Bankruptcy Code;

b. preparing on behalf of the Debtors all necessary and appropriate applications, motions, proposed orders, other pleadings, notices, schedules, and other documents, and reviewing all financial and other reports to be filed in these Chapter 11 Cases;

c. advising the Debtors concerning, and preparing responses to, applications, motions, other pleadings, notices, and other papers that may be filed by other parties in these Chapter 11 Cases;

d. advising the Debtors with respect to, and assisting in the negotiation of, any financing agreements, sale agreements, and related transactions that may be necessary in these Chapter 11 Cases;

e. advising the Debtors regarding their ability to initiate actions to collect and recover property for the benefit of their estates;

f. advising and assisting the Debtors in connection with any asset dispositions;

g. advising and representing the Debtors with respect to employment-related issues;

h. advising and assisting the Debtors in negotiations with the Debtors' stakeholders;

i. advising the Debtors concerning executory contract and unexpired lease assumptions, assignments, and rejections;

j. advising the Debtors in connection with the formulation, negotiation, and promulgation of a plan or plans under the Bankruptcy Code, and related transactional documents;

k. assisting the Debtors in reviewing, estimating, and resolving claims asserted against the Debtors' estates;

l. commencing and conducting in this Court litigation that is necessary and appropriate to assert rights held by the Debtors, protect assets of the Debtors' estates, or otherwise further the goal of completing the Debtors' successful emergence from chapter 11;

m. providing non-bankruptcy services for the Debtors to the extent requested by the Debtors, including, among other things, advice related to corporate governance; and

n. performing all other necessary and appropriate legal services in connection with these Chapter 11 Cases for or on behalf of the Debtors.

Respectfully submitted,

Dated: June 3, 2025

**KELLER BENVENUTTI KIM LLP**

By: */s/ Tobias S. Keller*
    Tobias S. Keller

*Proposed Attorneys for Debtor and Debtor in Possession*