Gregory S. Powell, Assistant United States Trustee
State Bar No. 182199
Jared A. Day, Trial Attorney
State Bar No. 275687
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
280 South First Street, Room 268
San Jose, California 95113
Phone: (775) 784-5530
Email: *jared.a.day@usdoj.gov*

Attorneys for the United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>S3 Group, LLC,<br><br>                    Debtor. | Case No. 25-50765 MEH<br><br>Chapter 11 |

### APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee for Region 17,[1] by and through her undersigned counsel, hereby appoints the following unsecured creditors to be members of the Official Committee of Unsecured Creditors in the above-captioned case:

1. BeeHero Inc.
   550 California Ave., Suite 1
   Palo Alto, CA 94306
   Phone: (559) 515-1301
   E-mail: *orly@beehero.io*

   Identified Counsel: None

/ / /

---

[1] Assistant United States Trustee Terri H. Didion is delegated the authority to perform the duties of the United States Trustee for Region 17.

1

Case: 25-50765    Doc# 66    Filed: 06/24/25    Entered: 06/24/25 16:06:37    Page 1 of 3

2. Buttonwillow Warehouse Company, Inc.
3430 Unicorn Rd.
Bakersfield, CA 93308
Phone: (661) 695-6500
E-mail: *jzavala@techag.com*

Identified Counsel:

Brett T. Abbott
Gubler & Abbott
Phone: (559) 625-9600
E-mail: *brett@thecalifornialawyers.com*

3. Performance Grading Inc.
6582 W. Shields Ave.
Fresno, CA 93723
Phone: (559) 999-4065
E-mail: *russf.pgi@gmail.com*

Identified Counsel:

Steven Belasiano
Balasiano and Associates, PLLC
Phone: None provided
E-mail: *steven@balasianolaw.com*

4. Farmit RX, Inc.
3683 W. Ashcroft Ave.
Fresno, CA 93722
Phone: (559) 776-8502
E-mail: *brianb@farmitrx.com*

Identified Counsel: None

/ / /

5. 3H AG Services, Inc.
   14262 Road 23 1/2
   Madera, CA 93637
   Phone: (559) 507-6841
   E-mail: *3haginc87@gmail.com*

   Identified Counsel: None

Dated: June 24, 2025					Respectfully Submitted,

							Terri H. Didion
							Assistant United States Trustee

						By:	/s/ *Gregory S. Powell*
							Gregory S. Powell
							Assistant United States Trustee