Entered on Docket
July 1, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: July 1, 2025

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
TRACI L. SHAFROTH (Cal. Bar No. 251673)
(tshafroth@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>S3 GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Case No. 25-50765 MEH (Main Case)<br><br>(Jointly Administered with 25-50764 MEH)<br><br>Chapter 11<br><br>**ORDER FURTHER EXTENDING TIME TO FILE STATEMENTS OF FINANCIAL AFFAIRS AND SCHEDULES OF ASSETS AND LIABILITIES** |

---

[1] The last four digits of the S3 Group's tax identification number 8605. Its address for service is P.O. Box 401, Kerman, CA 93630. The last four digits of KW Land Company, LLC's tax identification number 8751. Its address for service is P.O. Box 2428, Paso Robles, CA 93447.

Upon the Motion, dated as of June 26, 2025 (the "Motion"),[1] of the above-captioned debtors and debtors in possession (the "Debtors") in the Chapter 11 Cases, pursuant to sections 105(a) and 521(a) of the Bankruptcy Code and Bankruptcy Rule 1007(c), for entry of an order further extending the time to file their schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules and Statements") by an additional fourteen (14) days, to allow the Debtors to file their Schedules and Statements through and including July 21, 2025, without prejudice to the Debtors' right to request additional time if necessary; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The time by which the Debtors shall file their Schedules and Statements is extended through and including July 21, 2025, without prejudice to the Debtors' right to seek further extensions upon showing of cause therefor.

---

[1] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

3. Nothing contained in the Motion or this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder; or (iv) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

4. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**END OF ORDER**

Keller Benvenutti Kim LLP
101 Montgomery Street, Suite 1950
San Francisco, California 94104

**Court Service List**

*All ECF Participants.*