**Exhibit A**

**(Proposed Order)**

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
TRACI L. SHAFROTH (Cal. Bar No. 251673)
(tshafroth@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Attorneys for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>S3 GROUP, LLC, *et al.*,[1]<br><br>              Debtor. | Case No. 25-50765 (MEH) (Main Case)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**[PROPOSED] ORDER PURSUANT TO 11 U.S.C. §§ 1112(b) AND 305(a), FED. R. BANKR. P. 1017 AND 9014, AND B.L.R. 9014-1(b)(1)(C) DISMISSING THE CHAPTER 11 CASES**<br><br>Date: July 17, 2025<br>Time: 2:30 p.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>        280 South First Street, Ctrm. 11<br>        San Jose, California 95113-3099 |

---

[1] The last four digits of the S3 Group's tax identification number 8605. Its address for service is P.O. Box 401, Kerman, CA 93630. The last four digits of KW Land Company, LLC's tax identification number 8751. Its address for service is P.O. Box 2428, Paso Robles, CA 93447.

Upon the Motion, dated as of July 2, 2024 (the "<u>Motion</u>"),[2] of the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") in the Chapter 11 Cases, pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, Bankruptcy Rules 1017 and 9014, and B.L.R. 9014-1(b)(1)(C) for entry of an order dismissing the Chapter 11 Cases; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Chapter 11 Cases are hereby dismissed, effective as of the entry of the Order.

3. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**END OF ORDER**

---

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.