**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
TRACI L. SHAFROTH (Cal. Bar No. 251673)
(tshafroth@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>S3 GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Case No. 25-50765 (MEH) (Main Case)<br>(Jointly Administered)<br>Chapter 11<br>**OMNIBUS NOTICE OF HEARING ON DEBTORS' JULY 2, 2025 MOTIONS**<br><br>Requested through Application for Order Shortening Time:<br><br>Date: July 17, 2025<br>Time: 2:30 p.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>280 South First Street, Ctrm. 11<br>San Jose, California 95113-3099 |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that on May 20, 2025 (the "Petition Date"), S3 Group, LLC ("S3 Group") and KW Land Company, LLC ("KW Land"), each of which is a debtor and debtor in possession (a "Debtor" and, together, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title

---

[1] The last four digits of the S3 Group's tax identification number 8605. Its address for service is P.O. Box 401, Kerman, CA 93630. The last four digits of KW Land Company, LLC's tax identification number 8751. Its address for service is P.O. Box 2428, Paso Robles, CA 93447.

11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"). The Chapter 11 Cases are being jointly administered for procedural purposes only.

**PLEASE TAKE FURTHER NOTICE** that, on July 2, 2025, the Debtors filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 1112(b) and 305(a), Fed. R. Bankr. P. 1017 and 9014, and B.L.R. 9014-1(b)(1)(C) for Entry of an Order to Dismiss Chapter 11 Cases* [Dkt. No. 75] (the "Motion to Dismiss").

**PLEASE TAKE FURTHER NOTICE** that, on July 2, 2025, the Debtors filed the *Motion of Debtors Pursuant to Fed. R, Bankr. P. 4001(d) for Entry of an Order Approving Stipulation by and between Debtors and MHC Almonds, LLC Regarding Relief from the Automatic Stay Under 11 U.S.C. § 362* [Dkt. No. 76] (the "Motion for Relief from Stay," and together with the Motion to Dismiss, the "July 2, 2025 Motions").

**PLEASE TAKE FURTHER NOTICE** that, on July 2, 2025, the Debtors filed the *Ex Parte Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion for Relief from Stay and Motion to Dismiss* [Dkt. No. 77] (the "Motion to Shorten"), in which the Debtors requested that the Bankruptcy Court hear the July 2, 2025 Motions on shortened time.

**PLEASE TAKE FURTHER NOTICE** that, on July 3, 2025, the Court granted the Motion to Shorten [Dkt. No. 81] (the "OST"). Pursuant to the OST, a hearing on the July 2, 2025 Motions will be held on **July 17, 2025, at 2:30 p.m.** (Pacific Time), before the Honorable M. Elaine Hammond, United States Bankruptcy Judge. Debtors, creditors, counsel, and other interested parties may attend the hearing in person or by Zoom. Any party wishing to appear at the hearing can find further information on the Court's website at https://www.canb.uscourts.gov/judge/hammond/calendar.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OST, any objections to the relief requested in the July 2, 2025 Motions shall be filed and served no later than **July 11, 2025** (the "Objection Deadline"). The court may deem the failure of any party in interest to file a timely objection to constitute consent to the relief requested.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings in these Chapter 11 Cases can be viewed and/or obtained by: (i) accessing the Court's website at http://www.canb.uscourts.gov, or (ii) contacting the Office of the Clerk of the Court at 280 South First Street, Room 3035, San Jose, CA 95112-3099. Note that a PACER password is needed to access documents on the Court's website.

Dated: July 3, 2025                                          **KELLER BENVENUTTI KIM LLP**

                                                             By: */s/ Tobias S. Keller*
                                                                 Tobias S. Keller

                                                             *Attorneys for Debtors and Debtors in Possession*