**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
TRACI L. SHAFROTH (Cal. Bar No. 251673)
(tshafroth@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>S3 GROUP, LLC, *et al.*,[1]<br><br>Debtor. | Case No. 25-50765 (MEH) (Main Case)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF LANCE MILLER IN SUPPORT OF MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 1112(b) AND 305(a), FED. R. BANKR. P. 1017(f) AND 9014, AND B.L.R. 9014-1(b)(1)(C) FOR ENTRY OF AN ORDER TO DISMISS CHAPTER 11 CASES**<br><br>Date: July 17, 2025<br>Time: 2:30 pm (Pacific Time)<br>Place: United States Bankruptcy Court<br>280 South First Street, Ctrm. 11<br>San Jose, California 95113-3099 |

---

[1] The last four digits of the S3 Group's tax identification number 8605. Its address for service is P.O. Box 401, Kerman, CA 93630. The last four digits of KW Land Company, LLC's tax identification number 8751. Its address for service is P.O. Box 2428, Paso Robles, CA 93447.

I, Lance Miller, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the co-founder and managing partner of Pivot Management Group, LLC ("Pivot"), proposed financial advisor to S3 Group, LLC ("S3 Group") and KW Land Company, LLC ("KW Land"), which are the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

2. I submit this declaration in support of the *Motion of Debtors Pursuant to 11 U.S.C. §§ 1112(b) and 305(a), Fed. R. Bankr. P. 1017(f) and 9014, and B.L.R. 9014-1(b)(1)(C) for Entry of an Order to Dismiss Chapter 11 Cases* (the "Motion").[2] The facts set forth in this declaration are personally known to me, and, if called as a witness, I could and would competently testify thereto.

3. The facts set forth in this declaration are personally known to me, and, if called as a witness, I could and would competently testify thereto.

4. Pivot and the Debtors have spent the two months since the filing of the Chapter 11 Cases searching for financing. Among other things, Pivot approached the Debtors' existing lenders and a list of third-party lenders that are known to Pivot as reliable funding sources for situations like this one. We offered multiple and different types of collateral and security, and indicated flexibility regarding terms and pricing. None of these parties were willing to even entertain financing options. In short, we have been unable to identify a viable and reliable source of financing for the Debtors or the expanded group of affiliated entities that include the Debtors.

5. The Debtors' secured creditors will have substantially larger unsecured deficiency claims that, in the aggregate, will dwarf the Debtors' existing general unsecured creditor pool, if the Debtors' trees and plants die.

6. I am informed and believe that most of the Debtors' unsecured creditors are farm service providers and farming vendors. I am further informed and believe that a substantial number of these providers and vendors will benefit if the Debtors' lenders or their receivers fund the

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

maintenance and cultivation services that have been funded by the Debtors and their affiliates; if, however, the crops die, those same creditors will lose that business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of June 2025, in Manhattan Beach, California.

                              */s/ Lance Miller*
                              Lance Miller

Keller Benvenutti Kim LLP
101 Montgomery Street, Suite 1950
San Francisco, California 94104